FILED: August 18, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4862
(5:13-cr-00260-D-1)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

GLENN SYLVESTER JACKSON,

        Defendant - Appellant.

O R D E R

Currently pending in this court is Appellant Glenn Sylvester Jackson's appeal of his 84-month sentence imposed following his guilty plea to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (2012). Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no nonfrivolous issues for appeal, but asking this court to consider whether the district court abused its discretion by imposing an 84-month term of imprisonment to be served consecutive to Jackson's state term of imprisonment. Jackson declined to file a pro se supplemental brief.

Based on our review of the record, we conclude there are two nonfrivolous issues that would benefit from adversarial presentation: (1) whether the district court plainly erred in considering Jackson's prior conviction of sex offense in a parental role as a "crime of violence" under U.S. Sentencing Guidelines Manual § 2K2.1 (2014); and (2) if so, whether the error was harmless.  Accordingly, we direct counsel for Jackson to submit a merits brief addressing these issues.  The Government is directed to file a response brief, and Appellant will be afforded the opportunity to reply.  The Clerk will establish a briefing schedule by separate order.  The court will further consider this appeal, including the issues raised in counsel's Anders brief, upon the completion of briefing.

        For the Court

        /s/ Patricia S. Connor, Clerk